# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust**<br><br>**Plaintiff**<br>vs.<br><br>**Valerie Sanders a/k/a Valerie M. Sanders**<br><br>**Defendant**<br><br>**Community Development Housing Program**<br><br>**Party-In-Interest** | **CIVIL ACTION NO: 1:19-cv-00173-JDL**<br><br><br>**MOTION TO CONTINUE**<br><br>**RE:**<br>**558 South Main Street F/K/A 556 1/2 South Main Street, Brewer, ME 04412**<br><br>Mortgage:<br>June 10, 2004<br>Book 9386, Page 60 |

**NOW COMES** the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by and through undersigned counsel, hereby moves to continue by thirty (30) days the Damages Hearing scheduled for September 12, 2019 at 2:00 p.m..  As grounds therefore, Plaintiff states we have been advised by a third party requesting additional time for failing to comply with our records requests.  Plaintiff has tried contacting Defendant, Valerie Sanders a/k/a Valerie M. Sanders, but has been unable to retrieve a good telephone number from her.

WHEREFORE, the Plaintiff requests that the Damages Hearing be continued for thirty (30) days, up to and including October 12, 2019.

Respectfully submitted this 29th day of August, 2019.

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 29th day of August, 2019 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## SERVICE LIST

Valerie Sanders a/k/a Valerie M. Sanders
60 Ohio Street
Bangor, ME 04401

City of Brewer Community Development Program
80 North Main Street
Brewer, ME 04412